UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **5:20-cv-00556-DMG-(MAA)** | Date: **July 6, 2020** |
| Title | **Terrence Anthony Hawkins v. Loh et al.** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Munoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   **Order to Show Cause Why This Case Should Not Be Dismissed**

On April 22, 2020, the Court denied Plaintiff Terrence Anthony Hawkins's ("Plaintiff") Request to Proceed *In Forma Pauperis*. ("Order," ECF No. 6.) The Order granted Plaintiff leave to file an amended request to proceed *in forma pauperis* within 30 days, or the case would be dismissed. (*Id.*) To date, Plaintiff has neither submitted the $400 filing fee nor an amended request to proceed *in forma pauperis*.

Plaintiff is **ORDERED TO SHOW CAUSE** by **August 5, 2020** why the Court should not recommend that the case be dismissed for failure to pay the filing fee or submit an application to proceed *in forma pauperis* pursuant to Federal Rule of Civil Procedure 41(b). If Plaintiff submits the $400 filing fee or an application to proceed *in forma pauperis* on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to pay the filing fee or submit an application to proceed *in forma pauperis* pursuant to Federal Rule of Civil Procedure 41(b).**

It is so ordered.

Attachment
Request to Proceed In Forma Pauperis with Declaration in Support (CV-60P)

| | |
|---|---|
| **Time in Court:** | 0:00 |
| **Initials of Preparer:** | JM |