JS-6



FILED
CLERK, U.S. DISTRICT COURT

November 1, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Terrence Anthony Hawkins<br><br>     Plaintiff,<br>v.<br>Dr. Loh et al.<br><br>     Defendant(s). | CASE NUMBER:<br><br>5:20-cv-00556-SB-MAA<br><br>**ORDER DENYING REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES AND CLOSING CASE** |

On    April 22, 2020   , the Court DENIED plaintiff's request to file the action without prepayment of the full filing fee with leave to amend. Plaintiff was advised to resubmit the Request to Proceed Without Prepayment of Filing Fees and Complaint with a certified copy of the Trust Account Statement and Disbursement Authorization within 30 days, and failure to do so would result in closure of the case.*

Plaintiff has failed to submit a timely response. Accordingly, the Request to Proceed without Prepayment of Filing Fees is DENIED and the case is closed.

IT IS ORDERED.

DATED:  November 1, 2020

_____
United States District Judge

*In a minute order dated September 10, 2020, plaintiff was given additional time to submit an amended IFP request, until October 10, 2020, and he was again advised that failure to do so would result in dismissal.

Presented by:

_____
United States Magistrate Judge